# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**MATTHEW KATONA,**               :

    **Plaintiff**               :

                                            **CIVIL ACTION NO. 1:11-1817**

    **v.**               :

                                              **(RAMBO, D.J.)**

**DONNA ASURE, JAMES SHEA,**     :     **(MANNION, M.J.)**
**JERMEY STORM and**
**CHRISTOPHER OKULA**             :

    **Defendants**              :

# O R D E R

Plaintiff, an inmate at the State Correctional Institution-Coal Township. Coal Township, Pennsylvania, filed this civil rights action pursuant to 42 U.S.C. § 1983 in which he alleges violations of his constitutional rights.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1). *In Forma Pauperis* status is GRANTED.

2). Process shall issue.

3). The clerk shall prepare the summons and forward to the U.S. Marshal, with copies of the complaint and the Standing Practice Order, for service upon the defendants.

                                              *s/ Malachy E. Mannion*
                                              **MALACHY E. MANNION**
                                              **United States Magistrate Judge**

Dated:   November 17, 2011

O:\shared\ORDERS\2011 ORDERS\11-1817-02.wpd