UNITED STATES DISTRICT COURT
Middle District of Pennsylvania

Matthew Katona,
    Plaintiff,

v.

Donna Asure, et al.,
    Defendants

Civil Action No. 1:11-cv-1817

Judge Rambo

M.J. Mannion

FILED
SCRANTON
JUL 12 2012
PER _____
DEPUTY CLERK

## Request for extenstion of time

I Matthew Katona, #JP-3463, am the plaintiff, Pro se, in this here civil action, i respectfully request for and extenstion, of 60 day, to reply to the defendants "Motion to Partially Dismiss Amended complaint", pursuant to Fed. R. Civ. P. 12(B)(6).

Respectfully Submitted
Matthew Katona, #JP-3463
SCI Coal township
One Kelley Drive
Coal township, PA. 17866-1021

cc. filed
x [signature]

Name: Matthew Katona
Number: JP-3963
1 Kelley Drive
Coal Township, PA 17866-1021

INMATE MAIL
PA DEPT OF CORRECTIONS



U.S. POSTAGE >> PITNEY BOWES
ZIP 17866 $ 000.45⁰
02 1W
0001367384 JUL 11 2012

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. Box 1148
Scranton, PA. 18501-1148

RECEIVED
SCRANTON
JUL 12 2012
PER _____ DEPUTY CLERK

18501$1148