UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Matthew Katona, <br>     Plaintiff | 1:11-CV-1817 |
| v. | Rambo, D.J. |
| Donna Asure, et al., <br>     Defendants | Mannion, M.J. |

Notice of Address Change

I, Matthew Katona #JP-3463, am hereby informing the middle district of my change of Address, My address is: SCI Huntingdon
1100 Pike Street
Huntingdon, PA. 16654-1112

FILED
SCRANTON
OCT 31 2012
PER _____
DEPUTY CLERK

Respectfully submitted
Matthew Katona #JP-3463
SCI Huntingdon
1100 Pike Street
Huntingdon, PA. 16654-1112

cc: filed
X [signature]
Dated: Oct, 25th 2012

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PROOF OF SERVICE

Matthew Katona, states that on the date below, he served this "Notice of Address change," upon the following by first class Mail.

office of the clerk
UNITED states DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
    P.O. Box 1148
SCRANTON, PA. 18501-1148


Gerard J. Geiger
712 Monroe St.
Stroudsburg, PA. 18360


Harry P. McGrath
321 spruce st.
suite 600,
scranton, PA. 18503

Respectfully submitted
Matthew Katona, # JP-3463
SCI Huntingdon
1100 pike street
Huntingdon, PA. 16654-1112

cc: filed
X MK
Dated: 10-25-12

Matthew. Katona # JP-3463
1100 Pike St.
Huntingdon, PA. 16654-1112

Office of the Clerk
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. Box 1148
SCRANTON, PA. 18501-1148

"Inmate Mail - PA DEPT. OF CORRECTIONS"
18501$1148