UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW. KATONA. <br> PLAINTIFF <br><br> V. <br><br> DONNA. ASUAE, et al., <br> Defendants | NO. 1:11-CV-1817 <br><br> Judge Rambo <br><br> M.J. Mannion |

FILED SCRANTON
NOV 0 5 2012
Per_____ DEPUTY CLERK

Motion for Reconsideration, Fed. R. Civ. P., Rule 59
Plaintiff. Matthew. Katona. is hereby filing a Motion for reconsideration, before the court, on the "denial" of the Plaintiff's. Motion for the Appointment of counsel. (Doc. NO.93)

Respectfully Submitted
Matthew. Katona. # SP-3463
SCI Coal township
one Kelley Drive
Coal township, PA. 17866-1021

x /s/
Dated: 10-24-12
CC: Filed




Name: Matthew Katona
Number: JP-3463
1100 Pike Street
Huntingdon, PA 16654-1112

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

RECEIVED
SCRANTON
NOV 05 2012
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of Pennsylvania

P.O. Box 1148

Scranton, PA. 18501-1148

Inmate Mail - PA DEPT OF CORRECTIONS