# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA.

| | |
|---|---|
| Matthew. Katona. <br>     Plaintiff <br><br> V. <br><br> Donna. Asure, et al., <br>     Defendant's | NO. 1:11-CV-1817 <br><br> Rambo, D.J. <br><br> Mannion, M.J. |

**FILED SCRANTON NOV 16 2012 PER ___ DEPUTY CLERK**

## Notice of Appeal

Notice is hereby Given that Matthew. Katona, Plaintiff in the above-entitled matter, appeals to the UNITED STATE COURT OF APPEALS for the THIRD Circuit from the final Judgment entered in this action on (NOV.7th 2012). (Doc No.104)

Respectfully Submitted

Matthew. Katona. #JP-3463
SCI HuntinGdon
1100 PIKE St.
HuntinGdon, PA. 16654-1112

CC. filed
X. NKJ
Dated: NOV. 13th 2012

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

# PROOF OF Service

Matthew. Katona. states that on the date below, he served this (Notice of Appeal) upon the following by first class U.S. Mail.

Office of the clerk
UNITED States DIstrict Court
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. Box 1148
SCRANTON, PA. 18501-1148


Gerard J. Geiger.

712 Monroe st.

Stroudsburg, PA. 18360


Harry P. McGrath.

321 Spruce st.

Suite 600,

SCRANTON, PA. 18503

Respectfully submitted
Matthew. Katona. # JP-3463
SCI Huntingdon
1100 PIKE St.
Huntingdon, PA. 16654-1112

Dated: 11-13-12
CC: filed
x. [signature]

Matthew. Katona. #JR-3463
SCI Huntingdon
1100 PIKE St.
Huntingdon, PA. 16654-1112

USA FIRST-CLASS FOREVER

Office of the Clerk
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. Box 1148
SCRANTON, PA. 18501-1148

"Inmate Mail - PA DEPT OF CORRECTIONS"

RECEIVED
SCRANTON
NOV 16 2012
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK